**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STONEWALL INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| SWISS REINSURANCE AMERICA ) | 05  11797 MLW |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, the Plaintiff, Stonewall Insurance Company has no parent, affiliated or subsidiary corporations that have issued stock or debt securities to the public.

                                                STONEWALL INSURANCE COMPANY,
                                                By its attorneys,

                                                /s/ Kevin J. O'Connor

                                                Kevin J. O'Connor    BBO 555248
                                                Michael S. Batson    BBO 648151
                                                HERMES, NETBURN, O'CONNOR
                                                     & SPEARING, P.C.
                                                111 Devonshire Street, Eighth Floor
                                                Boston, MA  02109
                                                (617) 728-0050

Dated: August 31, 2005                     (617) 728-0052 (F)