UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STONEWALL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 05-cv-11797-MLW |
| SWISS REINSURANCE AMERICA CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF VOLUNTARY DISMISSAL
### (FED. R. CIV. P. 41(a)(1)

Plaintiff, Stonewall Insurance Company, pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismisses this action against Swiss Reinsurance America Corporation.

Respectfully submitted,

STONEWALL INSURANCE COMPANY
By its attorneys

*/s/ Kevin J. O'Connor*
Kevin J. O'Connor, BBO #555249
Michael S. Batson, BBO #648151
HERMES, NETBURN, O'CONNOR,
    & SPEARING, P.C.
111 Devonshire Street
Boston, MA 02109-5407
(617) 728-0050
(617) 728-0052 - fax

Dated: October 21, 2005

G:\DOCS\KJO\Cavell\Swiss Re DJ\Pleadings\dismissal.doc